# EXHIBIT A

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: Melvin C. Belli SBN 111309 <br> FIRM NAME: The Belli Law Firm <br> STREET ADDRESS: 35 Miller Ave Ste 199 <br> CITY: Mill Valley   STATE:   ZIP CODE: <br> TELEPHONE NO.: 11-415-981-1850   FAX NO.: 1-415-324-1004 <br> EMAIL ADDRESS: mcb@thebellilawfirm.com <br> ATTORNEY FOR (name): Plaintiff FARAMARZ MOTIA | Electronically FILED by <br> Superior Court of California, <br> County of Los Angeles <br> 8/18/2025 10:52 AM <br> David W. Slayton, <br> Executive Officer/Clerk of Court, <br> By A. Llamas, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF   LOS ANGELES**
STREET ADDRESS: ~~150 West Commonwealth Avenue~~
MAILING ADDRESS:   BURBANK COURTHOUSE
CITY AND ZIP CODE: ~~Alhambra, CA 91801~~   300 EAST OLIVE AVENUE, RM 225
BRANCH NAME: ~~Unlimited Northeast District Alhambra~~ BURBANK, CA 91502

PLAINTIFF: FARAMARZ MOTIA

DEFENDANT: AMAZON.COM, YUNSCM and

☒ DOES 1 TO 56

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
    ☐ **AMENDED** *(Number):*

Type *(check all that apply):*
☐ **MOTOR VEHICLE**   ☒ **OTHER** *(specify):*   PRODUCTS LIABILITY
☒ **Property Damage**   ☐ **Wrongful Death**
☒ **Personal Injury**   ☐ **Other Damages** *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)** <br>    Amount demanded    ☐ does not exceed $10,000 <br>                    ☐ exceeds $10,000 <br> ☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)** <br> ☐ **ACTION IS RECLASSIFIED by this amended complaint** <br>     ☐ from limited to unlimited <br>     ☐ from unlimited to limited | 25NNCV05718 |

1. **Plaintiff** *(name or names):* FARAMARZ MOTIA

   alleges causes of action against **defendant** *(name or names):* AMAZON.COM, YUNSCM, and DOES 1 to 56.

2. This pleading, including attachments and exhibits, consists of the following number of pages: ⁻5⁻
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use <br> Judicial Council of California <br> PLD-PI-001 [Rev. January 1, 2024] <br> CEB Essential ceb.com Forms | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** <br> MOTIA, Frank-LA | Code of Civil Procedure, § 425.12 <br> www.courtinfo.ca.gov |

**PLD-PI-001**

| SHORT TITLE: MOTIA VS AMAZON.COM . et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):* FARAMARZ "FRANK" MOTIA
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☒ **except** defendant *(name):*
AMAZON.COM
   (1) ☒ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

c. ☐ **except** defendant *(name):*
   (1) ☐ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

b. ☒ **except** defendant *(name):*
YUNSCM
   (1) ☒ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

d. ☐ **except** defendant *(name):*
   (1) ☐ a business organization, form unknown.
   (2) ☐ a corporation.
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
a. ☒ Doe defendants *(specify Doe numbers):* 1 TO 56     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
b. ☒ Doe defendants *(specify Doe numbers):* 1 TO 56     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
a. ☐ has complied with applicable claims statutes, **or**
b. ☐ is excused from complying because *(specify):*

CEB Essential ceb.com Forms

MOTIA, Frank-LA

PLD-PI-001

| SHORT TITLE:<br>MOTIA VS AMAZON.COM . et al. | CASE NUMBER: |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☒ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify)*:

11. Plaintiff has suffered *(check all that apply)*
    a. ☒ wage loss
    b. ☒ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages.
       (2) ☐ punitive damages.
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☒ according to proof.
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 8/14/2025

Melvin C. Belli
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

CEB Essential
ceb.com Forms

MOTIA, Frank-LA

PLD-PI-001(5)

| SHORT TITLE: MOTIA VS AMAZON.COM . et al. | CASE NUMBER: |
|---|---|

___FIRST___      **CAUSE OF ACTION- Products Liability**      Page -4-
*(number)*

ATTACHMENT TO [X] Complaint    [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:    FARAMARZ MOTIA

Prod. L-1. On or about *(date)*: 11/15/2023      plaintiff was injured by the following product:
a YUNSCM 29" road bike tire as described on Exhibit 1 attached

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
   [X] used in the manner intended by the defendants.
   [X] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
   [X] purchaser of the product.      [X] user of the product.
   [ ] bystander to the use of the product.      [ ] other *(specify)*:

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X] **Count One-Strict liability** of the following defendants who
   a. [X] manufactured or assembled the product    *(names)*:
     AMAZON.COM, YUNSCM, and

     [X] Does   1   to 10
   b. [X] designed and manufactured component parts supplied to the manufacturer    *(names)*:
     AMAZON.COM, YUNSCM, and

     [X] Does   11   to 21
   c. [X] sold the product to the public *(names)*:
     AMAZON.COM, YUNSCM and

     [X] Does   22   to 33
Prod. L-5. [X] **Count Two-Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
AMAZON.COM, YUNSCM, and

     [X] Does    to
Prod. L-6. [X] **Count Three-Breach of warranty** by the following defendants *(names)*:
AMAZON.COM, YUNSCM, and

     [X] Does   34   to 45
   a. [X] who breached an implied warranty
   b. [X] who breached an express warranty which was
     [X] written [ ] oral
Prod. L-7. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
   [ ] listed in Attachment-Prod. L-7   [X] as follows:
AMAZON.COM, and DOES 46-56 based on the rational and reasoning set forth in KISHA LOOMIS vs AMAZON.COM LLC, (2021) 63 Cal.App.5th 466.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION - Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

CEB | **Essential Forms**
ceb.com

MOTIA, Frank-LA

## Final Details for Order #112-1441771-8203423

Print this e.agfilQl Your records.

**Order Placed:** November 3, 2023
**Amazon.com order number:** 112-1441771-8203423
**Order Total: $72.26**

---

### Shipped on November 3, 2023

| Items Ordered | Price |
|---|---|
| 1 of: 2 Pack 29" Road Bike Tires 29 x 2.40 Plus 2 Pack 29" Bike Tubes 29x2.125/2.40 AV32mm Schrader Valve with 2 Rim Strips Compatible with 29x2.40 E-Bike Bicyde Tires and Tubes (Black)<br>Sold by: YUNSCM (seller profile)<br>Supplied by: YUNSCM (seller profile)<br><br>Condition: New | $65.99 |

**Shipping Address:**
Faramarz Motia

United States

**Shipping Speed:**
FREE Prime Delivery

---

### Payment information

**Payment Method:**

**Billing address**

| | |
|---|---|
| Item(s) Subtotal: | $65.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $65.99 |
| Estimated tax to be collected: | $6.27 |
| **Grand Total:** | **$72.26** |

November 3, 2023:    $72.26

# Exhibit 1